| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 13, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW GAGNON,<br><br>        Defendant. | Case No.  2:21-MJ-00184-DB-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREW GAGNON ,

Case No. 2:21-MJ-00184-DB-1  Charge 21 USC § 3146 , from custody for the following reasons: for the following reasons:

____    Release on Personal Recognizance

  X     Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $  50,000 (co-signed)

    ____    Appearance Bond with 10% Deposit

    ____    Appearance Bond with Surety

    ____    Corporate Surety Bail Bond

      X    (Other): Defendant shall be released on 12/14/2021 at 9:00 AM .

Issued at Sacramento, California on December 13, 2021 at 3:17 p.m.

Dated:  December 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE